FILED IN
COURT OF CRIMINAL APPEALS

May 28, 2015

ABEL ACOSTA, CLERK          No. 2557

| STATE OF TEXAS | IN THE DISTRICT COURT |
|---|---|
| V. | BAILEY COUNTY, TEXAS |
| JOHN DENNIS CLAYTON ANTHONY | 287TH JUDICIAL DISTRICT |

## ORDER FOR SUBSTITUTION OF COUNSEL

In an order signed May 29, 2014, the court appointed Donald F. Schofield to represent the defendant herein until appeals were exhausted or he was relieved of duty by the court or replaced by other counsel. In a letter dated February 24, 2015, Donald F. Schofield notified the court that medical issues required him to retire from the active practice of law.

On February 12, 2015, the Court of Appeals reversed the conviction of the defendant herein. On March 18, 2015, the State's Petition for Discretionary Review was filed in the Court of Criminal Appeals. The Court of Criminal Appeals granted the state's petition for review on May 20, 2015.

The court finds that Mr. Schofield has presented good cause to be relieved of his duties in this case and to be replaced by other counsel. Therefore, the court appoints the following counsel to represent the defendant until appeals are exhausted or he is relieved of duty by the court or replaced by other counsel, to-wit:

Troy Bollinger
SBN: 24025819
600 Ash Street
Plainview, Texas 79072-8093
E-mail: troy@laneybollinger.com
Telephone: 806 293-2618
Fax: 806 293-8802

FILED ___11:03___ a.m./p.m.
May 21, 2015
District Court, Bailey County, Texas
Elaine Parker, District Clerk

Vol. 25 Pg. 801
District Criminal Minutes

It is so ORDERED.

Signed on May 21, 2015.

Kathryn Gurley
250.9053

John DC. Anthony
NO: 1846242
Stiles Unit
3060 Fm 3514
Beaumon, TX 77705

_____
Judge Presiding